***IN THE UNITED STATES COURT OF FEDERAL CLAIMS***

| | | |
|---|---|---|
| QUEENIE SCHAFFER, | ) | |
| Plaintiff, | ) | **No. 06-881 T** |
| | ) | **(Judge Margaret M. Sweeney)** |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Karen Servidea as attorney of record for the United States.

Service of all papers by the opposing party should be addressed as follows:

Karen Servidea, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

February 6, 2007

s/Karen Servidea
Karen Servidea
U. S. Department of Justice Department
Tax Division
Court of Federal Claims Section
Voice (202) 616-3423
Fax (202) 514-9440