# In the United States Court of Federal Claims

No. 06-881 T
(Filed: February 20, 2007)

| | |
|---|---|
| *********************************** | |
| QUEENIE SCHAFFER, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| *********************************** | |

**ORDER**

On February 16, 2007, defendant in the above-captioned case filed an unopposed Motion for Enlargement of Time in which to answer or otherwise respond to plaintiff's complaint. Defendant's motion is **GRANTED**.

Accordingly, defendant shall file its response to plaintiff's complaint **no later than Friday, April 27, 2007**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge