# In the United States Court of Federal Claims

No. 06-881 T
(Filed: June 21, 2007)

***********************************
QUEENIE SCHAFFER, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

The parties filed their Joint Preliminary Status Report ("JPSR") in the above-captioned case on June 18, 2007. This case is one of eight related cases, seven of which are presently before the undersigned. In the JPSR, the parties suggest consolidation of all eight cases as well as a joint discovery and trial schedule.[1] The court is prepared to discuss these issues, along with the other issues raised in the JPSR, with the parties.

Accordingly, by **no later than Friday, July 6, 2007**, the parties shall confer and then contact the undersigned's judicial assistant, Ms. Beryl Sanders, at (202) 357-6644, to schedule a preliminary scheduling conference. The scheduling conference will encompass all seven cases currently before the undersigned.

As a final note, the clerk's office notified the court that the parties misfiled the JPSRs in two of the cases, and then cured the mistake by filing the correct JPSR in each case. If such an

[1] The parties state: "Currently pending before the Court is the parties' joint motion to transfer this and seven other related cases to a common judge. . . . [I]n addition . . . , the parties respectfully ask the Court to adopt a coordinated pretrial schedule and to consolidate the eight cases for trial." JPSR ¶ 2. According to the court's docket, the parties' motion was filed in Frederick Schaffer v. United States, No. 06-880T. Because case number 06-880T is the one case not before the undersigned, the undersigned cannot rule on the motion.

error occurs in the future, the parties shall file a motion for leave to correct the filing in lieu of refiling the correct document.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge